UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
U.S. BANK NATIONAL ASSOC.,

                Plaintiff,

   -against-

MAURICE ALWYN MIGHTY, et al.

                Defendants.
-------------------------------------------------------------x

REPORT & RECOMMENDATION
20-cv-1080 (KAM) (SMG)

GOLD, STEVEN M., U.S. Magistrate Judge:

      Plaintiffs filed this action on February 27, 2020. Dkt. 1. Although a complaint must be served within 90 days after it is filed, Fed. R. Civ. P. 4(m), there is no indication on the docket that plaintiff has served any of the defendants with the complaint.

      On November 5, 2020, this Court issued an Order directing plaintiff to submit a letter by November 12, 2020 indicating how it intends to proceed with the case. Plaintiff failed to respond. The Court then issued a second Order directing plaintiff to submit a report by November 30, 2020. Again, plaintiff failed to respond.

      For the reasons stated above, I respectfully recommend that this case be dismissed unless, within the time for filing objections to this Report and Recommendation, plaintiff submits the required status report and explains its failure to do so when directed as well as its failure to serve defendants within the time required by the Federal Rules of Civil Procedure.

      Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than December 15, 2020. Failure to object to this Report may waive the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                            *Steven M. Gold USMJ*
                                            STEVEN M. GOLD
                                            UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
December 2, 2020

U:\fail to pro- 20-1080.docx